1
2
3
4
5
6
7
8                     UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10

11   LARRY BRANDON, an individual; and        Case No. 07 CV 1256 J (POR)
     KERRY BEATTY, an individual,
12
            Plaintiffs,                        **PROTECTIVE ORDER**
13
     v.                                        Judge:      Hon. Louisa S. Porter
14                                             Place:      Courtroom H, 1st Floor
     D.R. HORTON, INC., a corporation; and     Trial Date:  None Set
15   DOES 1 through 10, inclusive,

16          Defendants.                        **[Doc. No. 10]**

17

18          Good cause having been shown by defendant D.R. Horton, Inc. ("Defendant"), and

19   plaintiffs Larry Brandon and Kerry Beatty (collectively, "Plaintiffs"), **IT IS HEREBY**

20   **ORDERED** that the Joint Motion for Protective Order and Confidentiality Agreement entered

21   into through their respective counsel of record on December 18, 2007 by Anthony F. Pantoni,

22   Robert J. Solis, and Karen M. Clemes, **IS GRANTED.**

23          **IT IS SO ORDERED.**

24

25

26   DATED: December 20, 2007        By: _____

27                                        Honorable Louisa S. Porter
                                          Magistrate Judge of the
28   101058785.4                          United States District Court